# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

MICHAEL ALLEN IVY
#91042                                                                                                         PLAINTIFF

v.                          No. 4:23-cv-381-DPM

POPE COUNTY SHERIFF'S OFFICE             DEFENDANT

## ORDER

1.     Ivy hasn't paid the $402 filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the other by 27 November 2023. If he doesn't, his case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

2.     The Court directs the Clerk to mail Ivy an application to proceed *in forma pauperis*. If the Court grants him permission to proceed *in forma pauperis*, then the administrative fee will be waived, but Ivy will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 October 2023