# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MICHAEL ALLEN IVY**
**#91042**                                                              **PLAINTIFF**

v.                                   **No. 4:23-cv-381-DPM**

**POPE COUNTY SHERIFF'S OFFICE**                          **DEFENDANT**

## ORDER

Ivy hasn't paid the filing fee or moved to proceed *in forma pauperis*; and the time to do so has passed.  *Doc. 3.*  His complaint will therefore be dismissed without prejudice.  LOCAL RULE 5.5(c)(2).  An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.   28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 November 2023