# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MICHAEL ALLEN IVY**
**#91042**                                                                        **PLAINTIFF**

v.                          No. 4:23-cv-381-DPM

**POPE COUNTY SHERIFF'S OFFICE**               **DEFENDANT**

## JUDGMENT

Ivy's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 November 2023